IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAROLINE T. RETZIOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-03338 |
| | ) | |
| v. | ) | Hon. Charles P. Cocoras |
| | ) | |
| EPIC SYSTEMS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION

Pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, Defendant Epic Systems Corporation ("Epic") hereby moves this Court for an Order (i) compelling Plaintiff Caroline T. Retzios ("Retzios") to arbitration pursuant to the parties' written agreement, and (ii) dismissing this action or, in the alternative, staying this case as to Retzios' claims against Epic until such arbitration can occur. In support of this motion, Epic incorporates its Memorandum of Law, the Declaration of Jennifer Peterson, and the supporting exhibit thereto.

Date: June 23, 2023                                Respectfully submitted,

                                                      **MICHAEL BEST & FRIEDRICH LLP**


                                                      By: */s/Michael K. Chropowicz*
                                                         Attorney for Defendant

Michael K. Chropowicz
Michael Best & Friedrich LLP
444 West Lake Street, Suite 320
Chicago, IL 60606
Phone: 312.222.0800
Email: mkchropowicz@michaelbest.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on June 23, 2023, he filed the foregoing ***Defendant's Motion To Compel Arbitration*** with the Clerk of the Court using the CM/ECF NextGen system, which will send notice of such filing to the following counsel of record:

**Susan S. Barron**
Law Office of Susan S. Barron
On North Field Plaza, Suite 300
Northfield, IL 60093
E-mail: susansbarron@gmail.com

*/s/ Michael K. Chropowicz*
*Attorney for Defendant*
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
E-mail: mkchropowicz@michaelbest.com