IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

CAROLINE T. RETZIOS,

    Plaintiff,

v.                                                          Case No. 1:23-CV-3338

EPIC SYSTEMS CORPORATION.

    Defendant.

---

## DECLARATION OF JENNIFER PETERSON

---

Pursuant to 28 U.S.C. § 1746, I, Jennifer Peterson, do declare under penalty of perjury that the following is true and correct:

1.     I am employed by Epic Systems Corporation ("Epic"). I have personal knowledge of the information set forth herein.

2.     Plaintiff Caroline Retzios ("Retzios") was hired by Epic in August 2020 as a Project Manager.

3.     In 2020, Epic introduced an arbitration agreement ("Arbitration Agreement") to Retzios as an annex to, and a mandatory part of, an Employee Stock Award Agreement ("Stock Agreement").

4.     On December 21, 2020, Retzios signed the Stock Agreement. Attached as Exhibit 1 is a true and correct copy of the Stock Agreement entered into between Epic and Retzios on December 21, 2020, with redactions.

5.     By signing the Stock Agreement, Retzios accepted Epic's offer of a mutual agreement to arbitrate and Epic's offer of stock options.

6. By signing the Stock Agreement, Retzios also accepted the terms of the Arbitration Agreement.

Dated this _____ day of June, 2023.    6/20/2023

                                                                  DocuSigned by:

                                                          *Jennifer Peterson*

                                                          202A3FA97DFE483...

                                                          Jennifer Peterson