# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Caroline T. Retzios

                Plaintiff,

v.                                                 Case No.: 1:23−cv−03338

                                                             Honorable Jeremy C. Daniel

Epic Systems Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendant's Motion to Compel Arbitration [7] is entered and briefed as follows: Response is due by 7/26/23; Reply is due by 8/16/23. Court will rule by mail. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.