# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| CAROLINE T. RETZIOS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EPIC SYSTEMS CORPORATION, )<br>)<br>Defendant. ) | Civil Action No: 1:23-cv-3338<br>Jury Trial Demanded |

## RESPONSE TO DEFENDANT'S MOTION TO COMPEL OR IN THE ALTERNATIVE TO STAY THE MATTER UNTIL ARBITRATION OCCURS

NOW COMES the Plaintiff, Caroline Retzios, by and through her attorney, Susan S. Barron for her Response to Defendant Epic's Motion to Compel Plaintiff Caroline Retzios to arbitration pursuant to the parties' written agreement and in the alternative, staying the case as to Plaintiff Retzios' claims against Epic until such arbitration can occur. In support of her Response, Plaintiff Retzios incorporates her Memorandum of Law, the Declaration of Caroline Retzios and the supporting exhibits thereto.

July 26, 2023

Respectfully submitted,

Susan S. Barron
One of Plaintiff's attorney

*This pleading was prepared by the undersigned and executed in accordance with Federal Rule 11.*

Susan S. Barron
One of Plaintiff's attorney

Susan S. Barron
Attorney No: 6208744
*Attorney for Plaintiff*
LAW OFFICE OF SUSAN S. BARRON, P.C.
One Northfield Plaza,
Suite 300 Northfield, IL 60093
(847)441-8135 vm, (847)441-8136 fax
email susansbarron@gmail.com