# Exhibit G



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/30/2023

**To:** Caroline T. Retzios
998 Church Street Unit 216
GLENVIEW, IL 60025
Charge No: 443-2022-01617

EEOC Representative and email: VERA SUMPTER
Investigator
vera.sumpter@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 443-2022-01617.

On behalf of the Commission,

Digitally Signed By: Rayford O. Irvin
03/30/2023

Rayford O. Irvin
District Director

Cc:
Amy O. Bruchs
Michael Best & Friedrich LLP
1 S PINCKNEY ST STE 700
Madison, WI 53703

Jordan Corning
Epic Systems
1979 Milky Way
Verona, WI 53593

Jennifer Peterson
1979 MILKY WAY
VERONA, WI 53593

Susan Barron
Law Office of Susan S. Barron PC
One Northfield Plaza Suite 300
Northfield, IL 60093

Please retain this notice for your records.