UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| CAROLINE T. RETZIOS, )<br>)<br>　　　　　Plaintiff, )<br>v. )<br>)<br>EPIC SYSTEMS CORPORATION, )<br>)<br>　　　　　Defendant. ) | Civil Action No: 1:23-cv-3338 |

### Plaintiff's Motion for Entry of a Final Judgment Pursuant to Federal Ruless of Civil Procedure Rule 58 (d)

NOW COMES Plaintiff, Caroline T. Retzios, by and through one of her attorneys, Susan S. Barron, Law Office of Susan S. Barron P.C., in her Motion for Entry of a Final Judgment Pursuant to Federal Rules of Civil Procedure 58 (d) and in support states as follows:

1.) On March 26, 2024 this Court entered an order granting Defendant's motion to compel arbitration [Dkt # 25].

2.) The Court stated that "Because all of the plaintiff's claims stem from her employment with the defendant, and because all of those claims are covered by the arbitration agreement, the case is dismissed without prejudice."

3.) As a result of the March 26, 2024 Order dismissing the case without prejudice, the civil case was terminated.

4.) On April 24, 2024 Plaintiff filed a Notice of Appeal. [Dkt# 26].

5.) On April 29, 2024 the United States Court of Appeals for the Seventh Circuit issued an order that "both appellant and appellee shall file on or before May 13, 2024 a statement advising the Court of the Seventh Circuit whether they will request in the district court that judgment be set out in a separate document. See Fed. R. Civ. P. 58 (d)." (Refer to Exhibit A).

6.) A "final decision …..ends the litigation on the merits and leaves nothing more for the court to do but execute the judgment." *Green Tree Financial Corp. -Alabama et al. v. Randolph* 531 US 79 (Supreme Court 2000). The District Court's order was therefore a "final decision with respect to an arbitration" within the meaning of §16 (a)(3) and an appeal may be taken. *Green Tree Financial Corp. -Alabama et al. v. Randolph* 531 US 79 (Supreme Court 2000). See *Sears Roebuck & Co. v. Mackey* 351 U.S. 4278 431 (1956).

7.) Plaintiff respectfully requests that the District Court enter a judgment dismissing the matter that is final and appealable.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, Plaintiff Retzios respectfully requests this Court to grant Plaintiff's Motion for Entry of a Final Judgment Pursuant to Federal Rule of Civil Procedure Rule 58 (d).

May 6, 2024

                                                   Respectfully submitted,
                                                   /s/ Susan S. Barron
                                                   Susan S. Barron
                                                   One of Plaintiff's attorney

*This pleading was prepared by the undersigned and executed in accordance with Federal Rule 11.*

                                                   /s/ Susan S. Barron
                                                   Susan S. Barron
                                                   One of Plaintiff's attorney

Susan S. Barron
Attorney No: 6208744
*Attorney for Plaintiff*
LAW OFFICE OF SUSAN S. BARRON, P.C.
One Northfield Plaza, Suite 300 Northfield, IL 60093
(847)441-8135 vm, (847)441-8136 fax email susansbarron@gmail.com

2.