# EXHIBIT A

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

April 29, 2024

By the Court:

| | CAROLINE T. RETZIOS, Plaintiff - Appellant |
|---|---|
| No. 24-1701 | v. |
| | EPIC SYSTEMS CORPORATION, Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-03338 Northern District of Illinois, Eastern Division District Judge Jeremy C. Daniel | |

A preliminary review of the short record indicates that the district court has not entered a Rule 58 judgment. Accordingly,

**IT IS ORDERED** that both appellant and appellee shall file, on or before May 13, 2024, a statement advising the court whether they will request in the district court that judgment be set out in a separate document. See Fed. R. Civ. P. 58(d).

form name: **c7_Order_BTC**    (form ID: **178**)